*No.*_ _ _ _ _ _ _ _ _ _

# UNITED STATES DISTRICT COURT

Eastern District of Pennsylvania

<u>Criminal Division</u>

THE UNITED STATES OF AMERICA

vs.

RODNEY MARTINEZ

INFORMATION
Counts
**18 U.S.C. § 666(a)(1)(A), (b) (theft from organization receiving federal funds - 1 count)
18 U.S.C. § 666(a)(1)(B), (b) (bribery concerning federal programs - 1 count)
18 U.S.C. § 1343 (wire fraud - 1 count)
18 U.S.C. § 2 (aiding and abetting – 1 count)
Notices of forfeiture**

A true bill.

_____
Foreman

Filed in open court this _____day,
Of _____A.D. 20_____

_____
Clerk

Bail, $_____