IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

## INFORMATION

DESIGNATION FORM to be used by counsel to indicate the category of the case for the purpose of assignment to appropriate calendar.

Address of Plaintiff:   615 Chestnut Street, Suite 1250, Philadelphia, PA 19106-4476

Post Office:  Philadelphia         County:   Philadelphia

City and State of Defendant:   Philadelphia, Pennsylvania
County:   Philadelphia         Register Number:   N/A

Place of accident, incident, or transaction:         Eastern District of Pennsylvania

Post Office: Philadelphia         County:    Philadelphia
RELATED CASE, IF ANY:

Criminal cases are deemed related when the answer to the following question is "yes".
Does this case involve a defendant or defendants alleged to have participated in the same action or transaction, or in the same series of acts or transactions, constituting an offense or offenses?  YES
In Re:  John Brady 2021-00398; Stephen Kish 2021-00372; Jesse Fleck 2021-00374; Peter Brauner 2021-00373; David Abell 2021-00375; Stanley Woloff 2021-00377; James Turner 2021-00378 and Mark Irvello 2021-00371
*all Informations to be filed today
    Case Number:           Judge:

CRIMINAL:   (Criminal Category - FOR USE BY U.S. ATTORNEY ONLY)

1. ☐ Antitrust
2. ☐ Income Tax and other Tax Prosecutions
3. ☐ Commercial Mail Fraud
4. ☐ Controlled Substances
5. ☐ Violations of 18 U.S.C. Chapters 95 and 96 (Sections 1951-55 and 1961-68) and Mail Fraud other than commercial
6. ☉ General Criminal

(U.S. ATTORNEY WILL PLEASE DESIGNATE PARTICULAR CRIME AND STATUTE CHARGED TO BE VIOLATED AND STATE ANY PREVIOUS CRIMINAL NUMBER FOR SPEEDY TRIAL ACT TRACKING PURPOSES) **18 U.S.C. § 666(a)(1)(A), (b) (theft from organization receiving federal funds - 1 count); 18 U.S.C. § 666(a)(1)(B), (b) (bribery concerning federal programs - 1 count); 18 U.S.C. § 1343 (wire fraud - 1 count); 18 U.S.C. § 2 (aiding and abetting – 1 count) Notices of forfeiture**

DATE: 8-11-2021            /s/ *Louis D.  Lappen*
                           Louis D. Lappen
                           Deputy United States Attorney

File No. 2021R00376
US v. Rodney Martinez

Defendant: Rodney Martinez
DOB: 7/22/1971