IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | |
|---|---|
| v. | CRIMINAL NO. 21-307 |
| RODNEY MARTINEZ | |

## NOTICE OF HEARING

**TAKE NOTICE** that defendant is scheduled for a **Arraignment/Guilty Plea Hearing** on **Tuesday, December 7, 2021** at **11:00 a.m.** before the **Honorable C. Darnell Jones II** in courtroom 15B in the United States District Court, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania 19106.

☐ **Detained Federal Inmate:** The U.S. Marshal shall have the defendant present for this court proceeding.

☒ **Bail Status:** The defendant is on bail. A Court Security Officer shall be assigned to this proceeding.

☒ **Court Summons:** This Notice serves as a summons to appear in court. If the defendant is on bail or supervision and fails to appear as directed, the presiding judge may issue a bench warrant.

☐ **Interpreter:** A _____ interpreter will be required for the defendant.

For additional information, please contact the undersigned.

By:  /s/ Leesa B. Ciamaichelo
Deputy to Judge C. Darnell Jones II
Phone: (267) 299-7759

Date: November 10, 2021

cc - via U.S. mail:        Defendant
cc - via email:            S. Steinberg, Esquire
                           L. Lappen, Assistant U.S. Attorney
                           U.S. Marshal
                           Probation Office
                           Pretrial Services
                           Interpreter Coordinator

crnotice (July 2021)