IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.

RODNEY MARTINEZ

CRIMINAL NO.  21-307

## NOTICE OF HEARING

**TAKE NOTICE** that defendant is scheduled for a <u>**Sentencing**</u> on <u>**Monday, May 9, 2022**</u> at <u>**1:00 p.m.**</u> before the <u>**Honorable C. Darnell Jones II**</u> in courtroom 15B in the United States District Court, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania 19106.

☐ **Detained Federal Inmate:** The U.S. Marshal shall have the defendant present for this court proceeding.

☒ **Bail Status:** The defendant is on bail.  A Court Security Officer shall be assigned to this proceeding.

☒ **Court Summons:** This Notice serves as a summons to appear in court.  If the defendant is on bail or supervision and fails to appear as directed, the presiding judge may issue a bench warrant.

☐ **Interpreter:** A _____  interpreter will be required for the defendant.

For additional information, please contact the undersigned.

By:
/s/ Leesa B. Ciamaichelo
Deputy to Judge C. Darnell Jones II
Phone: (267) 299-7759

Date: <u>April 13, 2022</u>

cc - via U.S. mail:   Defendant
cc - via email:   S. Steinberg, Esquire
L. Lappen, Assistant U.S. Attorney
U.S. Marshal
Probation Office
Pretrial Services
Interpreter Coordinator

crnotice (July 2021)