IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RODNEY MARTINEZ | CRIMINAL NO.  21-307 |

## NOTICE OF HEARING

    **TAKE NOTICE** that defendant is scheduled for a <u>**Sentencing**</u> on <u>**Tuesday, July 19, 2022**</u> at <u>**11:00 a.m.**</u> before the <u>**Honorable C. Darnell Jones II**</u> in courtroom 15B in the United States District Court, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania 19106.

☐ **Detained Federal Inmate:** The U.S. Marshal shall have the defendant present for this court proceeding.

☒ **Bail Status:** The defendant is on bail.  A Court Security Officer shall be assigned to this proceeding.

☒ **Court Summons:** This Notice serves as a summons to appear in court.  If the defendant is on bail or supervision and fails to appear as directed, the presiding judge may issue a bench warrant.

☐ **Interpreter:** A _____ interpreter will be required for the defendant.

For additional information, please contact the undersigned.


By:                                                                 /s/ Leesa B. Ciamaichelo
                                                                     Deputy to Judge C. Darnell Jones II
                                                                     Phone: (267) 299-7759

Date:  <u>May 17, 2022</u>

cc - via U.S. mail:                                            Defendant
cc - via email:                                                S. Steinberg, Esquire
                                                                  L. Lappen, Assistant U.S. Attorney
                                                                  U.S. Marshal
                                                                  Probation Office
                                                                  Pretrial Services
                                                                  Interpreter Coordinator

crnotice (July 2021)