PS 8
Rev 10/2005

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF PENNSYLVANIA

U.S.A. vs. Rodney Martinez                              Docket No. 2:21CR00307-1

Petition for Action on Conditions of Pretrial Release

     COMES NOW, Tara Sawicki, U.S. Pretrial Services Officer, presenting an official report upon the conduct of Rodney Martinez, who was placed under pretrial release supervision by the Honorable C. Darnell Jones II sitting in the Court at Philadelphia, on December 7, 2021, under the following conditions:

1. Defendant shall report to Pretrial Services as directed.
2. Defendant shall attend mental health services under the guidance and supervision of Pretrial Services.
3. Defendant shall surrender and/or refrain from obtaining a passport.
4. Travel is restricted to the Continental United States.
5. Defendant shall surrender and/or refrain from obtaining any firearms. Any other firearms in any premises where the defendant resided while on supervised release must be removed from the premises and no firearms are to be brought into the premises during this period. The defendant shall execute a completed Prohibition on Possession of Firearms Agreement.
6. Defendant must reside at 235 Risa Avenue, Newfield, NJ.

     Respectfully presenting petition for action of Court and for cause as follows:

1. As the defendant is a resident of the District of New Jersey, he is supervised by U.S. Pretrial Services Officer Tish Blackwell. Officer Blackwell reported Mr. Martinez moved into his daughter's residence at 22 New Jersey Avenue, Blackwood NJ 08012. Mr. Martinez reported he has changed residence in preparation of selling his home prior to his voluntary surrender date of September 19, 2022.

2. Officer Blackwell reported she conducted a home visit on September 12, 2022, with no issues or concerns noted.

PRAYING THAT THE COURT WILL MODIFY THE DEFENDANT'S CONDITION OF RELEASE TO INCLUDE: Maintain residence as approved by Pretrial Services.

| ORDER OF COURT | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| Considered and ordered this 23rd day of September, 2022, and ordered filed and made a part of the records in the above case. | /s/ Tara Sawicki |
| | Tara Sawicki |
| | U.S. Pretrial Services Officer |
| /s/ Hon. C. Darnell Jones II | Place: Philadelphia |
| The Honorable C. Darnell Jones II | |
| U.S. District Judge | Date: September 14, 2022 |